IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVAREAUS CLARK**                                                                          **PLAINTIFF**

V.                                 **CASE NO.  4:22-cv-00566 JM**

**LITTLE ROCK POLICE
DEPARTMENT**                                                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 21st day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE